YWM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07cr242-FL

FILED

AUG 2 3 2007

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
)
vs. ) I N D I C T M E N T
)
)
DAVID MICHAEL KEENE )

The grand jury charges that:

On or about April 7, 2006, in the Eastern District of North Carolina, the defendant, DAVID MICHAEL KEENE, an inmate in the Federal Correctional Institution, Butner, North Carlina, possessed a prohibited object, to wit, approximately 1.4 grams of marijuana, a Schedule I controlled substance, in violation of Title 18, United States Code, Section 1791(a)(2).



GEORGE E.B. HOLDING
United States Attorney

BY: _____
YVONNE V. WATFORD-MCKINNEY
Assistant United States Attorney
Criminal Division